# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00378-CV

**Richard A. Lapides, Appellant**

**v.**

**Timothy A. Stark, Appellee**

### FROM THE JUSTICE COURT PRECINCT 3 OF TRAVIS COUNTY
### NO. J3-CV-18-067373, SYLVIA HOLMES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 3, 2019, Richard A. Lapides filed with this Court a "Notice of Appeal to Third Court of Appeals from Judgment in the Justice Court, Precinct Three, Travis County, Texas." On June 11, 2019, the Clerk of this Court notified Lapides that it appeared that this Court lacked jurisdiction over this matter and requested a response explaining how this Court may exercise jurisdiction. Lapides filed a response on June 17, 2019, in a companion case, this Court's cause number 03-19-00377-CV, but he has failed to explain how this Court has jurisdiction. The county court has jurisdiction over appeals from justice court. *See* Tex. R. Civ. P. 506.1-506.4. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:   June 26, 2019